**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN**

| | |
|---|---|
| IN RE:<br>GROJEAN, KELLY, SR | CHAPTER 7 -- Liquidation |
| | CASE NO. 05-73812 MB |
| Debtor(s) | HONORABLE MANUEL BARBOSA |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE
      FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS,
      WESTERN DIVISION

NOW COMES <u>BERNARD J. NATALE</u>, Trustee herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report and Account in accordance with 11 U.S.C. §704(9).

1.      The Petition commencing this case was filed on <u>07/28/05</u>.  The Trustee was appointed on <u>07/28/05</u>.  The Trustee's case bond is in the amount of $<u>0.00</u>.

2.      The Trustee certifies that he/she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code.  The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge.  The Trustee has not found it advisable to oppose the Debtor(s) discharge.  The Trustee certifies that this estate is ready to be closed.  The tasks performed by the Trustee are set forth on Exhibit A.

3.      The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is <u>0.00</u>.  The property abandoned, or sought to be abandoned, along with the reasons for

such abandonment, is described in Exhibit B.

4.  A summary of the Trustee's Final Report as of 03/10/08 is as follows:

    a. RECEIPTS (See Exhibit C)      $ 323,312.05

    b. DISBURSEMENTS (See Exhibit C)      $ 289,982.94

    c. NET CASH available for distribution      $ 33,329.11

    d. TRUSTEE/PROFESSIONAL COSTS

        1. Trustee compensation requested (See Exhibit E)      $ 17,540.60

***

        2. Trustee Expenses (See Exhibit E)      $ 0.00

        3. Compensation requested by attorney or other professionals for trustee (See Exhibit F)      $ 5,001.12

    e. Illinois Income Tax for Estate (See Exhibit G)      $

5.  The Bar Date for filing unsecured claims expired on 04/25/06. The DIP report was filed on N/A. The Bar Date for filing DIP claims expired on N/A.

6.  All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a. Allowed unpaid secured claims      $ 0.00

    b. Chapter 7 Administrative and 28 U.S.C. §1930 claims      $ 22,541.72

    c. Allowed Chapter 11 Administrative Claims      $ 0.00

    d. Allowed priority claims      $ 0.00

    e. Allowed unsecured claims      $ 308,283.30

    f. Surplus return to debtor      $ 0.00

7.  Trustee proposes that unsecured creditors receive a distribution of 3.50% of allowed claims.

8.  Total fees and expenses previously awarded to Trustee's counsel, accountant or other

professional was $0.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $5,001.12. The total of Chapter 7 professional fees and expenses requested for final allowance is $5001.12.

9.  A fee of $1,800.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

10. A fee of $0.00 was paid to a bankruptcy petition preparer for services rendered in connection with this case, and no basis appears to request an examination of these fees pursuant to 11 U.S.C. §110(h)(3).

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated: March 10, 2008                    RESPECTFULLY SUBMITTED,

                                         By:/S/ **BERNARD J NATALE**
                                             BERNARD J. NATALE, Trustee
                                             BERNARD J NATALE, LTD
                                             6833 STALTER DRIVE
                                             SUITE 201
                                             ROCKFORD, IL  61108
                                             Telephone # (815) 964-4700

**\*\*\*\*\*NOTE: TRUSTEE HAS VOLUNTARILY TAKEN AN 8% REDUCTION IN HIS TRUSTEE FEES TO INCREASE THE DISTRIBUTION TO UNSECURED CREDITORS.**

**TASKS PERFORMED BY TRUSTEE - KELLY GROJEAN,SR**

The trustee conducted a first meeting of creditors. An initial report of trustee in an asset case was requested. Estate records were maintained. Throughout case administration annual reports have been prepared for the U S Trustee.

Documents were produced and reviewed. Demands made for payments due under a promissory note due the debtor from the sale of a business to his son. Collection was monitored.

The trustee requested a market analysis from a realtor to determine possible sale of the property. Subsequently, the debtor negotiated a sale of the property without a realtor. A judgment lien creditor notified the trustee of the impending sale. The trustee then worked with the lien creditor and purchaser to allow the closing of the property, and then followed later with a resolution of the lien claim and approval from the court for the sale.

Claims were examined.

A final report was prepared. Upon approval of the report, distribution will be made to creditors. Thereafter, a final account will be prepared to close the case file.

**EXHIBIT A**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 05-73812 MB | **Trustee:** (330370)   BERNARD J. NATALE |
| **Case Name:** GROJEAN, KELLY, SR | **Filed (f) or Converted (c):** 07/28/05 (f) |
| | **§341(a) Meeting Date:** 09/09/05 |
| **Period Ending:** 03/06/08 | **Claims Bar Date:** 04/25/06 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3049 RED BARN RD, CRYSTAL LAKE, IL | 290,000.00 | 14,153.37 | | 300,000.00 | FA |
| 2 | CHECKING ACCT/FIRST NATIONAL BANK OF MARENGO | 250.00 | 0.00 | DA | 0.00 | FA |
| 3 | UTILITY SECURITY DEPOSIT - NICOR | 125.00 | 125.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | MISCELLANEOUS BOOKS AND PICTURES | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | WEARING APPAREL | 150.00 | 0.00 | DA | 0.00 | FA |
| 7 | MISCELLANEOUS SPORTS EQUIPMENT | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | 50% OWNERSHIP OF STOCK IN ELITE TANNING LTD | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | 50% OWNERSHIP OF STOCK IN G&G ENTERPRISES | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | INTEREST IN K&K ENTERTAINMENT | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1/3 INTEREST IN REEL ENTERTAINMENT | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | MONTHLY SOCIAL SERCURITY BENEFITS | 1,298.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1999 DODGE DURANGO (162,000 MILES) | 3,500.00 | 1,400.00 | DA | 0.00 | FA |
| 14 | PROCEEDS REMAINING FOR SALE OF BUS -PROS NOTE | 5,000.00 | 5,000.00 | | 23,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 312.05 | Unknown |
| 15 | **Assets    Totals** (Excluding unknown values) | **$303,323.00** | **$20,678.37** | | **$323,312.05** | **$0.00** |

Printed: 03/06/2008 04:14 PM     V.10.03

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 05-73812 MB | Trustee: | (330370) BERNARD J. NATALE |
| Case Name: | GROJEAN, KELLY, SR | Filed (f) or Converted (c): | 07/28/05 (f) |
| | | §341(a) Meeting Date: | 09/09/05 |
| Period Ending: | 03/06/08 | Claims Bar Date: | 04/25/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

    INSTALLMENT PAYMENTS RECOVERED ON PROMISSORY NOTE.

**Initial Projected Date Of Final Report (TFR):** December 31, 2007   **Current Projected Date Of Final Report (TFR):** December 31, 2008

Printed: 03/06/2008 04:14 PM    V.10.03

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-73812 MB | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | GROJEAN, KELLY, SR | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****09-65 - Money Market Account |
| Taxpayer ID #: | 13-7496209 | | Blanket Bond: | $1,500,000.00   (per case limit) |
| Period Ending: | 03/06/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/07/06 | {14} | KELLY GROJEAN, JR. dba MARKED TREE LTD | PAYMENT ON PROMISSORY NOTE | 1121-000 | 1,000.00 | | 1,000.00 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 0.38 | | 1,000.38 |
| 03/16/06 | {14} | MARKED TREE LTD. | PROMISSORY NOTE | 1121-000 | 1,000.00 | | 2,000.38 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 1.07 | | 2,001.45 |
| 04/13/06 | {14} | MARKED TREE LTD | PROMISSORY NOTE | 1121-000 | 1,000.00 | | 3,001.45 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 2.06 | | 3,003.51 |
| 05/22/06 | {14} | MARKED TREE LTD | PROMISSORY NOTE | 1121-000 | 10.00 | | 3,013.51 |
| 05/22/06 | {14} | MARKED TREE LTD | CHECK IS ENTERED TWICE.  ONLY ENTERED AS $10 ORIGINALLY. | 1121-000 | 990.00 | | 4,003.51 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 2.85 | | 4,006.36 |
| 06/06/06 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2006 FOR CASE #05-73812, BOND #016018067 | 2300-000 | | 3.23 | 4,003.13 |
| 06/20/06 | {14} | MARKED TREE LTD | PAYMENT ON PROMISSORY NOTE | 1121-000 | 1,000.00 | | 5,003.13 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 3.65 | | 5,006.78 |
| 07/24/06 | {14} | MARKED TREE LTD | PAYMENT ON PROMISSORY NOTE | 1121-000 | 1,000.00 | | 6,006.78 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 4.55 | | 6,011.33 |
| 08/24/06 | {14} | MARKED TREE, LTD. | PAYMENT ON PROMISSORY NOTE | 1121-000 | 1,000.00 | | 7,011.33 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 5.37 | | 7,016.70 |
| 09/26/06 | {14} | MARKED TREE LTD/K GROJEAN, JR. | PYMT ON PROMISSORY NOTE | 1121-000 | 1,000.00 | | 8,016.70 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 5.79 | | 8,022.49 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 7.24 | | 8,029.73 |
| 11/16/06 | {14} | MARKED TREE LTD. | PROMISSORY NOTE | 1121-000 | 1,000.00 | | 9,029.73 |
| | | | Subtotals : | | $9,032.96 | $3.23 | |

{} Asset reference(s)

Printed: 03/06/2008 04:14 PM   V.10.03

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-73812 MB  
**Case Name:** GROJEAN, KELLY, SR  

**Taxpayer ID #:** 13-7496209  
**Period Ending:** 03/06/08  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****09-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 7.10 | | 9,036.83 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 7.39 | | 9,044.22 |
| 01/04/07 | {14} | MARKED TREE LTD. | NOTE PAYABLE | 1121-000 | 1,000.00 | | 10,044.22 |
| 01/22/07 | {14} | MARKED TREE LTD | PYMT ON PROMISSORY NOTE | 1121-000 | 1,000.00 | | 11,044.22 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 8.97 | | 11,053.19 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 8.05 | | 11,061.24 |
| 03/08/07 | {14} | KELLY GROJEAN, JR. - MARKED TREE LTD | PROMISSORY NOTE | 1121-000 | 1,000.00 | | 12,061.24 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 9.12 | | 12,070.36 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 9.73 | | 12,080.09 |
| 05/01/07 | {14} | KELLY GROJEAN, JR. | PROMISSORY NOTE | 1121-000 | 1,000.00 | | 13,080.09 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 10.52 | | 13,090.61 |
| 05/31/07 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 05/31/2007 FOR CASE #05-73812, BOND # 016018067 CHAPTER 7 BLANKET BOND WISCONSIN (MADISON)/ILLI<br>Voided on 05/31/07 | 2300-003 | | 11.00 | 13,079.61 |
| 05/31/07 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 05/31/2007 FOR CASE #05-73812, BOND # 016018067 CHAPTER 7 BLANKET BOND WISCONSIN (MADISON)/ILLI<br>Voided: check issued on 05/31/07 | 2300-003 | | -11.00 | 13,090.61 |
| 05/31/07 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 11.20 | 13,079.41 |

**Subtotals :** **$4,060.88** **$11.20**

{} Asset reference(s)                                                                                   Printed: 03/06/2008 04:14 PM    V.10.03

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-73812 MB | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | GROJEAN, KELLY, SR | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****09-65 - Money Market Account |
| Taxpayer ID #: | 13-7496209 | | Blanket Bond: | $1,500,000.00   (per case limit) |
| Period Ending: | 03/06/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 05/31/2007 FOR CASE #05-73812, BOND NO. 016018067 | | | | |
| 06/05/07 | | HERITAGE TITLE COMPANY OF McHENRY, INC. | PROCEEDS FROM SALE OF DEBTOR'S REAL ESTATE | | 10,031.49 | | 23,110.90 |
| | {1} | | SALE OF DEBTOR'S REAL ESTATE           300,000.00 | 1110-000 | | | 23,110.90 |
| | | | HOMESTEAD EXEMPTION PAID AT TIME OF CLOSING           -6,500.00 | 8100-002 | | | 23,110.90 |
| | | | EARNEST MONEY PAID TO DEBTOR BY BUYER - WHEN TOWARDS DEBTOR'S HOMESTEAD EXEMPTION - SEE HUD1           -1,000.00 | 8100-002 | | | 23,110.90 |
| | | | JUDGMENT LIEN OF RENTRAK PAID AT TIME OF CLOSING           -16,000.00 | 4120-000 | | | 23,110.90 |
| | | | ATTORNEY FEES THAT HANDLE REAL ESTATE CLOSING FOR DEBTOR           -350.00 | 3210-000 | | | 23,110.90 |
| | | | ATTY EXPENSES WHO HANDLE REAL ESTATE CLOSING FOR           -60.00 | 3220-000 | | | 23,110.90 |

Subtotals :      $10,031.49      $0.00

{} Asset reference(s)                                                                                                           Printed: 03/06/2008 04:14 PM     V.10.03

Case 05-73812   Doc 34   Filed 03/20/08   Entered 03/20/08 11:04:30   Desc Main
Document      Page 10 of 18

## Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 05-73812 MB | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | GROJEAN, KELLY, SR | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****09-65 - Money Market Account |
| Taxpayer ID #: | 13-7496209 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 03/06/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | DEBTOR | | | | |
| | | Yellow Bood USA | STATE AND CITY TAX STAMPS    -450.00 | 2820-000 | | | 23,110.90 |
| | | | TITLE INSURANCE    -1,248.00 | 2500-000 | | | 23,110.90 |
| | | | COUNTY R E TAXES    -12,013.88 | 2820-000 | | | 23,110.90 |
| | | | PAY OFF OF FIRST MORTGAGE    -152,057.52 | 4110-000 | | | 23,110.90 |
| | | | PAY OFF OF 2ND MORTGAGE    -100,289.11 | 4110-000 | | | 23,110.90 |
| 06/20/07 | {14} | MARKED TREE LTD. | PAYMENT ON PROMISSORY NOTE | 1121-000 | 1,000.00 | | 24,110.90 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 16.08 | | 24,126.98 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 20.08 | | 24,147.06 |
| 08/02/07 | {14} | MARKED TREE LTD. | PROMISSORY NOTE | 1121-000 | 1,000.00 | | 25,147.06 |
| 08/30/07 | {14} | MARKED TREE, LTD. | PROMISSORY NOTE | 1121-000 | 1,000.00 | | 26,147.06 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 20.15 | | 26,167.21 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 18.98 | | 26,186.19 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 22.48 | | 26,208.67 |
| 11/16/07 | {14} | MARKED TREE, LTD. | PROMISSORY NOTE | 1121-000 | 1,000.00 | | 27,208.67 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8200% | 1270-000 | 74.03 | | 27,282.70 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8200% | 1270-000 | 18.99 | | 27,301.69 |
| 01/07/08 | {14} | MARKED TREE LTD | PROMISSORY NOTE | 1121-000 | 1,000.00 | | 28,301.69 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 17.52 | | 28,319.21 |
| 02/20/08 | {14} | KELLY GROJEAN, JR. | FINAL PAYMENT ON PROMISSORY NOTE | 1121-000 | 5,000.00 | | 33,319.21 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4200% | 1270-000 | 9.90 | | 33,329.11 |

**Subtotals :**           **$10,218.21**           **$0.00**

{} Asset reference(s)                                                                                   Printed: 03/06/2008 04:14 PM    V.10.03

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

| **Case Number:** | 05-73812 MB | **Trustee:** | BERNARD J. NATALE (330370) |
| **Case Name:** | GROJEAN, KELLY, SR | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****09-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7496209 | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 03/06/08 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 33,343.54 | 14.43 | $33,329.11 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 33,343.54 | 14.43 | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | **NET Receipts / Disbursements** | | **$33,343.54** | **$-7,485.57** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****09-65** | 33,343.54 | -7,485.57 | 33,329.11 |
| | $33,343.54 | $14.43 | $33,329.11 |

{} Asset reference(s)      Printed: 03/06/2008 04:14 PM    V.10.03

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN**

IN RE:  
GROJEAN, KELLY, SR

CHAPTER 7 -- Liquidation

CASE NO. 05-73812 MB

Debtor(s)

HONORABLE MANUEL BARBOSA

**DISTRIBUTION REPORT**

I, <u>BERNARD J. NATALE</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 22,541.72 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 0.00 |
| Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 10,787.39 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 33,329.11 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $<u>22,541.72</u> for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

**EXHIBIT D**

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| EXP | BERNARD J. NATALE, LTD. | 102.62 | 102.62 |
| ATTY | BERNARD J. NATALE, LTD. | 4,898.50 | 4,898.50 |
| TRTE | BERNARD J. NATALE ***(SEE NOTE) | 17,540.60 | 17,540.60 |
| | | TOTAL $ | 22,541.72 |

b. $0.00 for Chapter 11 administrative expenses allowed under §503(b) as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

c. $0.00 for priority creditors, in the order specified in 11 U.S.C. §507(a)(2)-(9), itemized as follows:

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 earned within 90 days of Petition: | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

**EXHIBIT D**

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds up to the extent of $4,000 per individual: | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 per individual: | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) -Claims for alimony, maintenance or support: | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

**EXHIBIT D**

Document      Page 15 of 18

| 7. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| Taxes §724(b) - Tax Liens: | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ | 0.00 |

| 8. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(8) - Taxes - Unsecured Tax Claims excluding fines and penalties: | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ | 0.00 |

| 9. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, reimbursement claims et al. | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ | 0.00 |

d. $<u>10,787.39</u> for general unsecured creditors who have filed claims allowed in the total amount of $<u>308,283.30</u>, yielding a dividend of <u>3.50</u>% as itemized below:

| TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid <u>pro-rata</u> after costs of administration and priority claims are paid in full) | $ | 308,283.30 | 3.50% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 1 | Bank of America | 2,628.82 | 91.99 |

**EXHIBIT D**

| | | | |
|---|---|---:|---:|
| 3  | Attention Funding Trust            | 38,572.74  | 1,349.73 |
| 4  | Yellow Bood USA                    | 78.00      | 2.73 |
| 8  | Waste Management RMC               | 66.97      | 2.34 |
| 9  | Eagle Credit Resources`            | 33,589.88  | 1,175.37 |
| 10 | Citibank USA                       | 8,427.88   | 294.91 |
| 11 | American Express Centurion Bank    | 9,904.87   | 346.59 |
| 12 | Verizon Wireless Midwest/AFNI      | 611.66     | 21.40 |
| 13 | First National Bank of Marengo     | 192,325.54 | 6,729.82 |
| 14 | Chase Bank USA, N.A.               | 14,029.53  | 490.92 |
| 15 | LaSalle Bank                       | 8,047.41   | 281.59 |
| | | TOTAL  $ | 10,787.39 |

    e. $0.00 for tardily filed unsecured claims allowed in the total amount of $0.00 yielding a dividend of 0.00% as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | | TOTAL  $ | 0.00 |

    f. $0.00 for fines and penalties

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | | TOTAL  $ | 0.00 |

    g. $0.00 for interest

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §726(a)(5) - Interest | $ 0.00 | 0.00% |

**EXHIBIT D**

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL         $ | 0.00 |

    h. $0.00 Subordinated General Unsecured Claims

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Subordinated General Unsecured Claims | $         0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL         $ | 0.00 |

    i. $0.00 to the Debtor

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $         0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL         $ | 0.00 |

    j. $0.00 for secured creditors

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Secured Creditors | $         0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL         $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

**EXHIBIT D**

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 2 | Rentrak Corporation c/o Beth Anne Alcantar Johnson & Newby LLC 39 S LaSalle St Suite 820 Chicago, IL 60603- | $ 15,355.98 | **DENIED** |
| Unsecured | 5 | Pamela Cipolla 756 Covington Circle Crystal Lake, IL 60014- | $ 2,169.13 | **DENIED** |
| Unsecured | 6 | First National Bank of Marengo c/o Franks, Gerkin & McKenna Post Office Box 5 Marengo, IL 60152- | $ 189,243.38 | **DENIED** |
| Unsecured | 7 | Rentrak Corporation Attn: Legal Dept POB 18888 Portland, OR 97218- | $ 15,051.74 | **DENIED** |
| Unsecured | 16 | Rentrak Corporation Attn: Legal Dept POB 18888 Portland, OR 97218- | $ 15,051.74 | **DENIED** |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: MARCH 10, 2008

/S/ **BERNARD J NATALE**

BERNARD J. NATALE, Trustee

*****NOTE: TRUSTEE HAS VOLUNTARILY TAKEN AN 8% REDUCTION IN HIS TRUSTEE FEES TO INCREASE THE DISTRIBUTION TO UNSECURED CREDITORS.**

**EXHIBIT D**