**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN**

IN RE:
GROJEAN, KELLY, SR

Debtor(s)

Social Security/Employer Tax ID Number:

| | |
|---|---|
| CHAPTER 7 -- Liquidation | |
| CASE NO. 05-73812 MB | |
| HONORABLE MANUEL BARBOSA | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO  the Debtor(s), Creditors, and other Parties in Interest:

1.    NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing
will be held

    At:    U.S. BANKRUPTCY COURT
           211 South Court Street, Room 220
           Rockford, IL  61101

    on:    APRIL 14, 2008
    at:    9:30 a.m.

2.    The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on
any objections to the Final Report, ruling on applications for compensation and expenses, and
transacting such other business as may be properly noticed before the Court.
ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT
REQUIRED.

3.    The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $        0.00 | | 102.62 |
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $        0.00 | 4,898.50 | |
| BERNARD J. NATALE   ***(SEE NOTE) Trustee | $        0.00 | 17,540.60 | |

4.    The Trustee's Final Report shows total:

|   |   |   |
|---|---|---|
| a. Receipts | $ | 323,312.05 |
| b. Disbursements | $ | 289,982.94 |
| c. Net Cash Available for Distribution | $ | 33,329.11 |

5.      In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00.  Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $10,787.39, to be distributed to the general unsecured creditors whose claims have been allowed.  The total amount of unsecured claims which will share in the distribution is $308,283.30, resulting in an approximate distribution of 3.50% to unsecured creditors, plus interest.

6.      The debtor has been discharged.

7.      The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.


DATE: March 10, 2008                         For the Court,


                                             By:/s/  BERNARD J NATALE

                                             Trustee


**\*\*\*NOTE: TRUSTEE HAS VOLUNTARILY TAKEN AN 8% REDUCTION IN HIS
TRUSTEE FEES TO INCREASE THE DISTRIBUTION TO UNSECURED CREDITORS.**

# CERTIFICATE OF SERVICE

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 0752-3            User: lorsmith              Page 1 of 2        Date Rcvd: Mar 21, 2008
Case: 05-73812                 Form ID: pdf002             Total Served: 75
```

The following entities were served by first class mail on Mar 23, 2008.
```
db         +Kelly Grojean, Sr,   3049 Red Barn Road,   Crystal Lake, IL 60012-1089
aty        +Richard T Jones,   138 Cass Street,   Woodstock, IL 60098-3254
tr          Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
             Rockford, IL 61108-2582
10482812   +ABC,   Bill Payment Center,   Sainaw MI 48663-0001
9628936     Advanta Bank Corp.,   Post Office Box 30715,   Salt Lake City, UT 84130-0715
9628938    +Advanta Business Card,   c/o Onyx Investment, LLC,   Post Office Box 12903,
             Oklahoma City, OK 73157-2903
9628939    +Amanda Orlandini,   2851 Melbourne Lane,   Lake in the Hills, IL 60156-6305
9628940    +American Express,   c/o NCO Financial Systems, Inc.,   200 Vesex Street, 44th Fllo,
             new York, NY 10285-0002
9628941     American Express,   Customer Service,   Post Office Box 7863,   Ft. Lauderdale, FL 33329-7863
10633956    American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
9628942    +Anton & Shirley Stricker,   48 N. Ayer Street,   Harvard, IL 60033-2803
9628943    +Ashley Straight,   4811 Princeton Lane,   Lake in the Hills, IL 60156-6391
9741037    +Attention Funding Trust,   c/o West Asset Management, Inc.,   P. O. Box 672047,
             Marietta, GA 30006-0035
9628944    +Bank of America,   c/o Trauner, Cohen & Thomas,   2880 Dresden Drive,   Atlanta, GA 30341-3920
9628945    +Bank of America,   Recovery Department,   Post Office Box 2278,   Norfolk, VA 23501-2278
9628946    +Bell Chase Commons,   c/o Attorney,   129 E. Calhoun Street,   Woodstock, Illinois 60098-3292
9628947    +Best Payment Solutions,   710 Quail Ridge Drive,   Westmont, IL 60559-6153
10482813   +Blue Star Energy Services Inc.,   363 W Erie Street #700,   Chicago IL 60610-6903
9628949    +Capital One,   c/o Associated Recovery Systems,   201 W. Grand Ave.,   Escondido, CA 92025-2603
9628948     Capital One,   1957 Westmoreland Road,   Post Office Box 26094,   Richmond, VA 23260-6094
9628950    +Centerville Management, Inc.,   129 E. Calhoun Street,   Woodstock, IL 60098-3292
10696476   +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
             Seattle, WA 98121-2339
9628951     Chase Card Service,   Post Office Box 15129,   Wilmington, DE 19850-5129
9628952    +Chase Manhattan Bank/Bank One,   c/o Stanley Weinberg & Assoc.,   Post Office Box 3352,
             Glen Ellyn, IL 60138-3352
9628953     Citibank Ready Credit,   Post office Box 688911,   Des Moines, IA 50301
10606611   +Citibank USA,   POB 182149,   Columbus OH 43218-2149
9628954    +Citibusiness Card,   Post Office Box 6309,   The Lakes, NV 88901-6309
10482814   +Curran Campion Dunlap & Lamb,   8600 US Highway 14, #201,   Crystal Lake IL 60012-2700
9628955    +Discovery Network,   Post office box 52145,   Phoenix, AZ 85072-2145
10605980   +Eagle Credit Resources',   c/o Onyx Investment,   POB 12903,   Oklahoma City OK 73157-2903
9628956    +Erika Mitchel,   4640 Rolling Hills Road,   Lake in the Hills, IL 60156-5527
9628957     Evans Leasing,   Post Office Box 98,   Hiawatha, IA 52233-0098
9628958    +Ewelina Mosio,   4614 Courtney Drive,   Lake in the Hills, IL 60156-6275
9628962    +FNF Capital,   10301 Deerwood Park Blvd., #103,   Jacksonville, FL 32256-7173
9628960    +First National Bank of Marengo,   c/o Franks, Gerkin & McKenna,   Post Office Box 5,
             Marengo, IL 60152-0005
9628959    +First National Bank of Marengo,   102 North State Street,   Marengo, Illinois 60152-2218
9628961     First US Bank,   c/o Cardmember Services,   Post Office Box 50882,   Henderson, NV 89016-0882
10482815   +Home Pages,   American Marketing & Publishing,   POB 801,   Dekalb IL 60115-0801
9628963    +Home State Bank,   40 Grant Street,   Crystal Lake, Illinois 60014-4367
9628965    +IL Dept. of Employment Security,   Benefit Payment Contorl Div.,   Post Office box 6996,
             Chicago, Illinois 60680-6996
9628966   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court:  Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10482816   +JK Products and Services,   2789 Clearwater Road,   St Cloud MN 56301-5904
9628968     Kelly Zawestowski,   309 Village Circle,   Marengo, Illinois 60152
9628969    +LaSalle Bank,   4747 W. Irving Park Blvd.,   Chicago, IL 60641-2791
10704472   +LaSalle Bank, N.A.,   4747 W. Irving Park Road,   Chicago, IL 60641-2791
10482817   +Lake in the Hills Sanitary Dist,   515 Plum St,   Lake in the Hills IL 60156-3399
9628971    +Mira Island Lake, Inc.,   523 Auburn Drive,   Island Lake, IL 60042-9134
9628972     National Translink Corporation,   One Tower Lane, #1900,   Oakbrook, Terrace, IL 60181-4665
9628973   +++Pamela Cipolla,   756 Covington Circle,   Crystal Lake, IL 60014-8580
10482819   +Preferred Coffee and Products,   POB 8147,   Melrose Park IL 60161-8147
10482820   +Premium Credit Corp,   POB 750,   Scottsdale AZ 85252-0750
9628974    +Protective Systems, Inc.,   123 S. Harrison Street,   Algonquin, IL 60102-2601
9628975     Rainbow Signs,   2404 Spring Grove Drive, Ste. A,   Spring Grove, IL 60081
9628976    +Rentrak Corp.,   c/o Johnson & Assoc.,   105 W. Adams Street, #3500,   Chicago, IL 60603-4109
9735042    +Rentrak Corporation,   c/o Beth Anne Alcantar,   Johnson & Newby LLC,   39 S LaSalle St Suite 820,
             Chicago IL 60603-1616
10592899   +Rentrak Corporation,   Attn: Legal Dept,   POB 18888,   Portland, OR 97218-0888
9628978    +Retailers Nat'l Bank/Marshall Fields,   c/o Nationwide Credit, Inc.,   4700 Vestal Pkwy E,
             Vestal, NY 13850-3770
9628977    +Retailers Nat'l Bank/Marshall Fields,   c/o Management Services,   Post Office Box 1099,
             Langhorne, PA 19047-6099
9628979     Retailers National Bank,   c/o Marshall Fields Credit Serv.,   Post Office Box 1581,
             Minneapolis, MN 55440-1581
10482821   +Rockdale/Technology Ins Co,   25800 Science Park Drive #105,   Beachwood OH 44122-7314
10482822   +SBC Ameritech Yellow Pages,   RH Donnelley,   POB 807008,   Kansas City MO 64180-0001
9628980     Sears National Bank,   Post Office Box 182149,   Columbus, Ohio 43218-2149
10482824   +Sherman Hospital,   c/o Medical Recovery Serv,   2200 E Devon Ave #288,
             Des Plaines IL 60018-4501
10482823   +Sherman Hospital,   934 Center Street,   Elgin IL 60120-2198
9628981    +Sun Technologies,   Post Office Box 681098,   Schaumburg, IL 60168-1098
9628982    +Swan Contractors & Developers,   1077 E. Main Street, Unit 1,   East Dundee, IL 60118-2466
```

```
District/off: 0752-3          User: lorsmith          Page 2 of 2          Date Rcvd: Mar 21, 2008
Case: 05-73812               Form ID: pdf002          Total Served: 75
```

```
9628983      +US Dept. of Health & Human Serv.,    Social Security Administration,    Post Office Box 4471,
              Chicago, Illinois 60680-4471
9628985      +++Verizon Wireless Midwest/AFNI,    404 Brock Dr,    Bloomington IL 61701-2654
9628986      +Waste Management North,    22333 W. Highway 173,    Antioch, IL 60002-9300
9628987      +++Waste Management RMC,    2421 W Peoria Ave,    Suite 110,    Phoenix AZ 85029-4942
9628988      +Wells Fargo,    100 W. Washington Street, 4th Floor,    Phoenix, AZ 85003-1802
10489515     +Yellow Bood USA,    c/o RMS Bankruptcy Recovery Services,    POB 5126,
              Timonium Maryland 21094-5126
9628990      +Yellow Book,    Post Office Box 3162,    Cedar Rapids, IA 52406-3162
9628989       Yellow Book,    c/o Rauch, Milliken International,    Post Office Box 8390,
              Metairie, LA 70011-8390
```

The following entities were served by electronic transmission on Mar 22, 2008.
```
10482818     +E-mail/Text: bankrup@nicor.com                 Nicor,    POB 2020,    Aurora IL 60507-2020
                                                                                        TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
9628937*      Advanta Bank Corp.,    Post Office Box 30715,    Salt Lake City, UT 84130-0715
9628964*     +Home State Bank,    40 Grant Street,    Crystal Lake, Illinois 60014-4367
9628967*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
9628970*     +LaSalle Bank,    4747 W. Irving Park Blvd.,    Chicago, IL 60641-2791
9628984*     +US Dept. of Health & Human Serv.,    Social Security Administration,    Post Office Box 4471,
              Chicago, Illinois 60680-4471
9628991*     +Yellow Book,    Post Office Box 3162,    Cedar Rapids, IA 52406-3162
                                                                                  TOTALS: 0, * 7
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 23, 2008**          **Signature:**    *Joseph Speetjens*