IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| GROJEAN, KELLY, SR | |
| | CASE NO. 05-73812 MB |
| | |
| | JUDGE MANUEL BARBOSA |
| Debtor(s) | |

**TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE**

TO:  THE HONORABLE MANUEL BARBOSA
     BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed.  *Evidence of canceled check(s) is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate. *(With the exception of check no.1002 made payable to Internal Sureties Company in the amount of $11.00.  Said check was voided and never printed.)

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. 350.

DATE: JUNE 12, 2008              /S/  BERNARD J NATALE
                                 BERNARD J. NATALE, TRUSTEE

**CERTIFICATION OF REVIEW**

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATE: June 18, 2008              WILLIAM T NEARY
                                 United States Trustee

                                 By: Christine K. Miller
                                     Christine K. Miller
                                     Paralegal Specialist